## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| IN RE:  KELLY S. BALLENTINE | : | No. 73 MAP 2015 |
| MAGISTERIAL DISTRICT JUDGE | : | |
| DISTRICT COURT 02-2-01 SECOND | : | Appeal from the Order of the Court of |
| JUDICIAL DISTRICT LANCASTER | : | Judicial Discipline at No. 7 JD 2013 |
| COUNTY | : | dated August 4, 2015 |
| | : | |
| | : | |
| | : | |
| APPEAL OF:  KELLY S. BALLENTINE, | : | |
| MAGISTERIAL DISTRICT JUDGE | : | |

## ORDER

**PER CURIAM**                                          **DECIDED:  February 16, 2016**

**AND NOW,** this 16th day of February 2016, the Order of the Court of Judicial

Discipline is **AFFIRMED**.

Mr. Justice Eakin did not participate in the consideration or decision of this

matter.